**FILED**

SEP 0 6 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETERSON PRODUCTS OF SAN MATEO, INC., and TODD PETERSON, <br><br> Plaintiffs, <br><br> vs. <br><br> PEERLESS INSURANCE COMPANY, PEERLESS INDEMNITY INSURANCE COMPANY, GOLDEN EAGLE INSURANCE CORPORATION, GOLDEN EAGLE INSURANCE, and DOES 1 through 50, inclusive, <br><br> Defendants | Case No.: CV 13-03543 JST <br><br> Assigned to: Hon, Jon S. Tigar, District Judge <br><br> ~~JOINT STIPULATION AND~~ [~~PROPOSED~~] ORDER TO REMAND |

Upon review of the Stipulation of the parties to remand the matter of *Peterson Products of San Mateo, Inc. et al. v. Peerless Insurance Company et al.* Case No.

CV 13-03543 JST to the Superior Court for the State of California for the County of San Mateo, the Court ORDERS as follows:

1. The matter of *Peterson Products of San Mateo, Inc. et al. v. Peerless Insurance Company et al.* Case No. CV 13-03543 JST shall be remanded to the Superior Court for the State of California for the County of San Mateo (Case No. CV522041);

2. Plaintiff's motion to remand set for hearing before Judge Tigar on October 3, 2013 at 2:00 p.m. is hereby taken off calendar.

3. IT IS FURTHER ORDERED THAT:



Dated: 9/6/13

Hon. Jon S. Tigar, District Judge